# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAULTON J. MITCHELL,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>HUGES, et.al.,<br><br>　　　　　Respondents.　　　　　/ | 1:09-cv-00124-SMS (HC)<br><br>ORDER DENYING PETITIONER'S MOTION FOR COURT TO RE-SEND COPY OF DISMISSAL ORDER<br><br>[Doc. 6] |

On February 10, 2009, the Court dismissed the instant petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, for failure to state a cognizable claim and judgment was entered. (Court Docs. 4, 5.)

On February 27, 2009, Petitioner a motion for the Court to re-send the Order dismissing the case. Petitioner's motion shall be denied. It is clear from reviewing Petitioner's request that he received a copy of the Court's order of dismissal, as that order consisted of only 2 pages informing Petitioner that his claims involved the conditions of his confinement, not the fact or duration of his sentence, and must be raised by way of 42 U.S.C. § 1983. The clerk does not ordinarily provide free copies of documents to parties. If Petitioner requests an additional copy of the Court's order he may submit the appropriate fees. The clerk charges $.50 per page for copies of documents, plus $9.00 per document for certification. See 28 U.S.C. § 1914(a). Accordingly, Petitioner's motion for the Court to re-send the dismissal order is HEREBY DENIED.

IT IS SO ORDERED.

Dated: March 11, 2009           /s/ Sandra M. Snyder
                                UNITED STATES MAGISTRATE JUDGE